**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-7048

KEITH ANDRE ROBINSON,

Plaintiff - Appellant,

v.

H. WHITE, #28344, Officer H. White/Norfolk Police Dept.; OFFICER J. E. MYERS, Norfolk Police Dept.; M. PIERCE, Officer M. Pierce/Norfolk Police Dept.; NORFOLK POLICE DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-00557-LMB-MSN)

Submitted: December 18, 2018                    Decided: December 21, 2018

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Andre Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Andre Robinson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint based on the *Younger*[*] abstention doctrine. We have reviewed the record and find no reversible error. Accordingly, we deny Robinson's motion to appoint counsel and affirm for the reasons stated by the district court. *Robinson v. White*, No. 1:18-cv-00557-LMB-MSN (E.D. Va. July 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *Younger v. Harris*, 401 U.S. 37, 43 (1971).